PHILLIP A. TALBERT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

SEALED

FILED
DEC 0 1 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHRISTOPHER CHARLES COPPIN,<br>Defendant. | CASE NO. 2:16-CR-0223 KJM<br><br>18 U.S.C. § 922(g)(9) –Possession of a Firearm by a Prohibited Person; 18 U.S.C. § 922(o) – Unlawful Possession of a Machinegun; 26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm (Three Counts); 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

## INDICTMENT

COUNT ONE: 18 U.S.C. § 922(g)(9) – Possession of a Firearm by a Prohibited Person

The Grand Jury charges: T H A T

CHRISTOPHER CHARLES COPPIN,

defendant herein, beginning on or about January 10, 2013, and continuing through on or about June 16, 2016, in the County of Sutter, State and Eastern District of California, and elsewhere, having been convicted of a misdemeanor crime of domestic violence, namely, two counts of domestic battery, both in violation of California Penal Code Section 243(e)(1), in Placer County Superior Court, on or about March 11, 1999, did knowingly possess a firearm, that is:

| Make | Model / Part | Serial # |
|---|---|---|
| Universal Firearms | M-1 Carbine .30 caliber semi-automatic rifle | 91530 |
| Remington Arms | 870 12-gauge shotgun | 1120263M |
| Palmetto State Armory | AR-15 lower receiver | AP003656 |

in and affecting interstate commerce, in that said firearms had been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(9).

COUNT TWO: 18 U.S.C. § 922(o) – Unlawful Possession of a Machinegun

The Grand Jury further charges: T H A T

CHRISTOPHER CHARLES COPPIN,

defendant herein, on or about June 16, 2016, in the County of Sutter, State and Eastern District of California, did knowingly transfer and possess a machinegun, as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b), as identified more fully below:

| Make | Model / Part | Serial # |
|---|---|---|
| Unknown | Green M-16 / AR-15 type receiver bearing an engraved Spartan helmet and the phrase "MOAON ΛABE" | None |
| Unknown | AR-15 Drop-In Auto Sear | None |

all in violation of Title 18, United States Code, Section 922(o).

COUNTS THREE THROUGH FIVE: 26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm

The Grand Jury further charges: T H A T

CHRISTOPHER CHARLES COPPIN,

defendant herein, on or about June 16, 2016, in the County of Sutter, State and Eastern District of California, did knowingly possess a firearm not registered to him in the National Firearms Registration and Transfer Record, as identified more fully below:

| Count | Make | Model | Serial # |
|---|---|---|---|
| Three | Unknown | Green M-16 / AR-15 type receiver bearing an engraved Spartan helmet and the phrase "MOAON ΛABE" | None |
| Four | Unknown | AR-15 Drop-In Auto Sear | None |
| Five | Unknown | .223 AR-15 rifle with a barrel measuring fewer than sixteen inches in length | None |

in violation of Title 26, United States Code, Section 5861(d)

FORFEITURE ALLEGATION: 18 U.S.C. § 924(d)(1); 26 U.S.C. § 5872; 28 U.S.C. § 2461(c); and 49 U.S.C. § 80303 – Criminal Forfeiture

1. Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, defendant CHRISTOPHER CHARLES COPPIN shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c),

any firearms and ammunition involved in or used in the knowing or willful commission of the offenses.

2. Upon conviction of one or more of the offenses alleged in Count Three through Five of this Indictment, defendant CHRISTOPHER CHARLES COPPIN shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872, Title 28, United States Code, Section 2461(c), and Title 49, United States Code, Section 80303, any firearms involved in the commission of the offenses; any property used, or intended to be used in the commission of the offenses; and any aircraft, vehicle, or vessel involved in the commission of the offenses.

3. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Five of this Indictment, for which the defendant is convicted:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

**/s/ Signature on file w/AUSA**

FOREPERSON

PHILLIP A. TALBERT
United States Attorney

No. __________

**UNITED STATES DISTRICT COURT**

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

CHRISTOPHER CHARLES COPPIN – BW

INDICTMENT

2:16 - CR - 0223 KJM

**VIOLATION(S):**

18 U.S.C. § 922(g)(9) – Possession of a Firearm by a Prohibited Person;
18 U.S.C. § 922(o) – Unlawful Possession of a Machinegun;
26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm (Three Counts);
18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**

*Foreman.*

*Filed in open court this* 1 *day*

*of* December*, A.D. 20* 16

*Clerk.*

*Bail, $* ______________

**NO BAIL WARRANT PENDING HEARING**

Carolyn K. Delaney
U.S. Magistrate Judge

GPO 863 525

**United States v. Christopher Charles Coppin**
**Penalties for Indictment**

2:16 - CR - 0223 KJM

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 1:**

VIOLATION: 18 U.S.C § 922(g)(9) – Prohibited Person in Possession of Firearms

PENALTIES: Maximum of 10 years in prison;
Fine of up to $250,0000; or both fine and imprisonment
Supervised release maximum of 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2:**

VIOLATION: 18 U.S.C § 922(o) – Possession of a Machinegun

PENALTIES: Maximum of 10 years in prison;
Fine of up to $250,0000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNTS 3 through 5:**

VIOLATION: 26 U.S.C. § 5861(d)- Possession of Unregistered Firearms

PENALTIES: Maximum of 10 years per count; or
Fine of up to $10,000 per count; or both fine and imprisonment
Supervised release maximum of 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**

VIOLATION: 18 U.S.C. § 924(d)(1); 26 U.S.C. § 5872; 28 U.S.C. § 2461(c); and
49 U.S.C. § 80303 - Criminal Forfeiture

PENALTIES: As stated in the charging document